**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

2010 DEC -6 P 3: 59

US DISTRICT COURT
HARTFORD CT

**310CV 1915**

| | |
|---|---|
| SHELLY ANDREWS | ) |
| Plaintiff | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| LAW OFFICES HOWARD LEE SCHIFF P.C. | ) |
| And MIDLAND CREDIT MANAGEMENT | ) |
| INC. | ) |
| Defendants | ) |

CIVIL ACTION NO.

DECEMBER 6, 2010

### PETITION FOR REMOVAL OF CIVIL ACTION BASED UPON
### FEDERAL QUESTION JURISDICTION

TO:   CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

Defendant, LAW OFFICES HOWARD LEE SCHIFF, P.C. [hereinafter "Petitioner"] petitions

the United States District Court for the District of Connecticut for removal of this civil action

and in support, petitioner states:

1. Petitioner has been named as a defendant in a civil action bearing a return date of

December 14, 2010 and Docket No. CV10-6016792-S, pending in the Connecticut Superior

Court for the Judicial District of Hartford [hereinafter, the "state court action"]. A copy of the

summons and complaint are attached hereto as **Exhibit A.**

2. The Plaintiff's complaint alleges a cause of action based upon alleged violations of

the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.* Petitioner seeks removal of the

state court action pursuant to 28 U.S.C. §1441.

3. This Court has original jurisdiction under the provisions of 28 U.S.C. §1331 because

this complaint asserts a federal question and this is an action which might have been

commenced in the District Court.

4. As of this date, Petitioner has notified the Superior Court of the State of Connecticut

of the filing of this Petition for Removal.

5. Co-defendant, Midland Credit Management, Inc., joins in this Petition to remove the

state court action to this Court.

DEFENDANT, LAW OFFICES HOWARD LEE SCHIFF PC

Jeanine M. Dumont ct05021
Law Offices Howard Lee Schiff PC
510 Tolland Street
East Hartford, Connecticut 06108
Telephone (860) 528 9991
Fax (860) 528 7602

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing and any attachments hereto were mailed,
postage prepaid, on DECEMBER 6, 2010 to the following counsel of record:

**COUNSEL FOR PLAINTIFF**
ANGELA TROCCOLI, ATTORNEY AT LAW
KIMMEL & SILVERMAN
60 HARTFORD PIKE
P.O. BOX 325
DAYVILLE, CT.  06241

Jeanine M. Dumont

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR.**

2

| SUMMONS - CIVIL<br>JD-CV-1 Rev. 10-09<br>C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,<br>52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1 | STATE OF CONNECTICUT<br>**SUPERIOR COURT**<br>www.jud.ct.gov | See page 2 for instructions |
|---|---|---|

| | TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint. |
|---|---|
| ☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500. | |
| ☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more. | |
| ☒ "X" if claiming other relief in addition to or in lieu of money or damages. | |

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350)<br>**95 Washington Street, Hartford, CT 06106** | Telephone number of clerk (with area code)<br>( **860** ) **548-2700** | Return Date (Must be a Tuesday)<br>**December** 14 , 2010<br>Month    Day    Year |
|---|---|---|
| ☒ Judicial District    G.A.<br>☐ Housing Session    Number. | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349)<br>**Hartford** | Case type code (See list on page 2)<br>Major: **C90**    Minor: **othr** |

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code)<br>**Angela K. Troccoli, Esquire, 60 Hartford Pike, PO Box 325, Dayville, CT 06241** | Juris number (to be entered by attorney only)<br>**429578** |
|---|---|
| Telephone number (with area code)<br>( **860** ) **866-4380** | Signature of Plaintiff (if self-represented) |

| Number of Plaintiffs:  **1** | Number of Defendants:  **2** | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| **First Plaintiff** | Name:  **Andrews, Shelly**<br>Address:  **245 Hilliard Street, Manchester, CT 06042** | P-01 |
| **Additional Plaintiff** | Name:<br>Address: | P-02 |
| **First Defendant** | Name:  **Law Offices of Howard Lee Schiff, PC**<br>Address:  **510 Tolland Street, East Hartford, CT 06108** | D-50 |
| **Additional Defendant** | Name:  **Midland Credit Management, Inc.**<br>Address:  **8875 Aero Drive, Suite 200, San Diego, CA 92123** | D-51 |
| **Additional Defendant** | Name:<br>Address: | D-52 |
| **Additional Defendant** | Name:<br>Address: | D-53 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court<br>☐ Assistant Clerk | Name of Person Signing at Left<br>**Angela K. Troccoli, Esquire** | Date signed<br>**11/12/2010** |
|---|---|---|---|

| If this Summons is signed by a Clerk:<br>a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.<br>b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.<br>c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.<br>d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint. | For Court Use Only<br>File Date |
|---|---|

| I certify I have re<br>understand the a | Signed (Self Represented Plaintiff) | Date | **ATTEST:<br>A TRUE COPY** |
|---|---|---|---|
| Name and address of | | | **JOSEPH MUSUMECI<br>CONNECTICUT MARSHAL<br>HARTFORD COUNTY** |
| Signed (Official takin | | Date | Docket Number |

# EXHIBIT A

## Instructions

1. *Type or print legibly; sign summons.*
2. *Prepare or photocopy a summons for each defendant.*
3. *Attach the original summons to the original complaint, and attach a copy of the summons to each copy of the complaint. Also, if there are more than 2 plaintiffs or more than 4 defendants prepare form JD-CV-2 and attach it to the original and all copies of the complaint.*
4. *After service has been made by a proper officer, file original papers and officer's return with the clerk of court.*
5. *The party recognized to pay costs must appear personally before the authority taking the recognizance.*
6. *Do not use this form for the following actions:*

   (a) *Family matters (for example divorce, child support, custody, paternity, and visitation matters).*
   (b) *Summary process actions.*
   (c) *Applications for change of name.*

   (d) *Probate appeals.*
   (e) *Administrative appeals.*
   (f) *Proceedings pertaining to arbitration.*
   (g) *Any actions or proceedings in which an attachment, garnishment or replevy is sought.*

## Case Type Codes

| Major Description | Codes Major/Minor | Minor Description | Major Description | Codes Major/Minor | Minor Description |
|---|---|---|---|---|---|
| Contracts | C 00 | Construction - All other | Torts (Other than Vehicular) | T 02 | Defective Premises - Private - Snow or Ice |
| | C 10 | Construction - State and Local | | T 03 | Defective Premises - Private - Other |
| | C 20 | Insurance Policy | | T 11 | Defective Premises - Public - Snow or Ice |
| | C 30 | Specific Performance | | T 12 | Defective Premises - Public - Other |
| | C 40 | Collections | | T 20 | Products Liability - Other than Vehicular |
| | C 90 | All other | | T 28 | Malpractice - Medical |
| Eminent Domain | E 00 | State Highway Condemnation | | T 29 | Malpractice - Legal |
| | E 10 | Redevelopment Condemnation | | T 30 | Malpractice - All other |
| | E 20 | Other State or Municipal Agencies | | T 40 | Assault and Battery |
| | E 30 | Public Utilities & Gas Transmission Companies | | T 50 | Defamation |
| | E 90 | All other | | T 61 | Animals - Dog |
| | | | | T 69 | Animals - Other |
| Miscellaneous | M 00 | Injunction | | T 70 | False Arrest |
| | M 10 | Receivership | | T 71 | Fire Damage |
| | M 20 | Mandamus | | T 90 | All other |
| | M 30 | Habeas Corpus (extradition, release from Penal Institution) | Vehicular Torts | V 01 | Motor Vehicles* - Driver and/or Passenger(s) vs. Driver(s) |
| | M 40 | Arbitration | | V 04 | Motor Vehicles* - Pedestrian vs. Driver |
| | M 50 | Declaratory Judgment | | V 05 | Motor Vehicles* - Property Damage only |
| | M 63 | Bar Discipline | | V 06 | Motor Vehicle* - Products Liability Including Warranty |
| | M 66 | Bar Discipline - Reinstatement | | V 09 | Motor Vehicle* - All other |
| | M 68 | Bar Discipline - Inactive Status | | V 10 | Boats |
| | M 80 | Foreign Civil Judgments - C.G.S. 52-604 & C.G.S. 50a-30 | | V 20 | Airplanes |
| | M 82 | Housing Civil Matters | | V 30 | Railroads |
| | M 83 | Small Claims Transfer to Regular Docket | | V 40 | Snowmobiles |
| | M 84 | Foreign Protective Order | | V 90 | All other |
| | M 90 | All other | | | *Motor Vehicles include cars, trucks, motorcycles, and motor scooters. |
| Property | P 00 | Foreclosure | | | |
| | P 10 | Partition | | | |
| | P 20 | Quiet Title/Discharge of Mortgage or Lien | Wills, Estates and Trusts | W 10 | Construction of Wills and Trusts |
| | P 30 | Asset Forfeiture | | W 90 | All other |
| | P 90 | All other | | | |

1

**STATE OF CONNECTICUT**

2

**HARTFORD JUDICIAL DISTRICT**                **SUPERIOR COURT**

3

4   SHELLY ANDREWS          )   **Case No.:**
                            )

5            Plaintiff,       )   **COMPLAINT AND DEMAND FOR**
                            )   **JURY TRIAL**

6   v.                       )
                            )

7   LAW OFFICES OF HOWARD LEE   )
   SCHIFF, PC and MIDLAND CREDIT   )

8   MANAGEMENT, INC.         )
           Defendants.      )

9

10

11

**COMPLAINT**

12       SHELLY ANDREWS, ("Plaintiff"), by her attorney, ANGELA K. TROCCOLI,

13 ESQUIRE, alleges the following against LAW OFFICES OF HOWARD LEE SCHIFF, PC

14 ("Schiff") and MIDLAND CREDIT MANAGEMENT, INC., ("Midland"):

15

16               **I.**     **INTRODUCTION**

17     1.    Plaintiff's Complaint is based on the Banking Laws of Connecticut, Consumer

18 Collection Agency, *Title 36a, Chapter 800, §36a-800 et seq.* ("The Act") and the Fair Debt

19 Collection Practices Act, *15 U.S.C. § 1692 et seq.* ("FDCPA").

20

21           **II.**    **JURISDICTION AND VENUE**

22     2.    Defendants conduct business within the State of Connecticut and therefore,

23 personal jurisdiction is established.

24     3.    Venue is proper pursuant to *28 U.S.C. § 1391(b)(1)*.

25     4.    Declaratory relief is available pursuant to *28 U.S.C. §§ 2201 and 2202*.

1

**III.   PARTIES**

5.      Plaintiff is a natural person residing in Manchester, Connecticut 06042.

6.      Plaintiff is a "consumer/debtor" as that term is defined by *Chapter 800, §36a-800(2)* and *15 U.S.C. § 1692a(3)*.

7.      LAW OFFICES OF HOWARD LEE SCHIFF, PC, ("Schiff"), is a law firm engaged in the collection of debts, licensed to do business in the State of Connecticut with its principal place of business located at 510 Tolland Street, East Hartford, Connecticut 06108.

8.      MIDLAND CREDIT MANAGEMENT, INC., ("Midland"), is a business entity engaged in the collection of debts and incorporated in the State of California with a business address located at 8875 Aero Drive, Suite 200, San Diego, CA 92123.

9.      Defendant Midland acted as a "consumer collection agency" as that term is defined by *Chapter 800, §36a-800(1)* and as a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*, in that it held itself out to be a company collecting a consumer debt allegedly owed by Plaintiff.

10.     Defendants acted through their agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**IV.   PRELIMINARY STATEMENT**

11.     *Chapter 800, §36a-800 et seq.* is a comprehensive statute which prohibits a catalog of activities in connection with the collection of debts by a consumer collection agency and imposes civil liability on a consumer collection agency who violates its provisions.

12.     The Act provides that no consumer collection agency shall use any unfair or deceptive act or misleading representation, device or practice to collect or attempt to collect any debt. (§36a-805 & 806).

2

1    13.    The Act provides further:

2
      *Sec. 36a-805. Prohibited practices. (a) No consumer collection agency shall:*
3      *(1) Furnish legal advice or perform legal services or represent that it is*
      *competent to do so, or institute judicial proceedings on behalf of others; (2)*
4      *communicate with consumer debtors or property tax debtors in the name of an*
      *attorney or upon the stationery of an attorney, or prepare any forms or*
5      *instruments which only attorneys are authorized to prepare; (3) purchase or*
      *receive assignments of claims for the purpose of collection or institute suit*
6      *thereon in any court...*

7      *Sec. 36a-806. Prohibited practices within and without state. (a) No consumer*
      *collection agency shall engage in this state in any practice which is prohibited in*
8      *section 36a-805 or determined pursuant to sections 36a-807 and 36a-808 to be*
      *an unfair or deceptive act or practice, nor shall any consumer collection agency*
9      *engage outside of this state in any act or practice prohibited in said section*
      *36a-805.*
10

11    14.    In enacting the statute, the Connecticut Legislature extended the sentiment about a

12   consumer collection agency that the United States Congress stated as to debt collectors when it

13   found that "[t]here is abundant evidence of the use of abusive, deceptive, and unfair debt

14   collection practices by many debt collectors," which "contribute to the number of personal

15   bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy."

16   15 U.S.C. § 1692(a).

17    15.    The Fair Debt Collection Practices Act ("FDCPA") is a comprehensive statute

18   which prohibits a catalog of activities in connection with the collection of debts by third parties.

19   See 15 U.S.C. § 1692 *et seq.* The FDCPA imposes civil liability on any person or entity that

20   violates its provisions, and establishes general standards of debt collector conduct, defines abuse,

21   and provides for specific consumer rights. 15 U.S.C. § 1692k. The operative provisions of the

22
23   FDCPA declare certain rights to be provided to or claimed by debtors, forbid deceitful and

24   misleading practices, prohibit harassing and abusive tactics, and proscribe unfair or

25   unconscionable conduct, both generally and in a specific list of disapproved practices.

3

16. In particular, the FDCPA broadly enumerates several practices considered contrary to its stated purpose, and forbids debt collectors from taking such action. The substantive heart of the FDCPA lies in three broad prohibitions. First, a "debt collector may not engage in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt." 15 U.S.C. § 1692d. Second, a "debt collector may not use any false, deceptive, or misleading representation or means in connection with the collection of any debt." 15 U.S.C. § 1692e. And third, a "debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt." 15 U.S.C. § 1692f. The FDCPA is designed to protect consumers from unscrupulous collectors, whether or not there exists a valid debt, broadly prohibits unfair or unconscionable collection methods, conduct which harasses, oppresses or abuses any debtor, and any false, deceptive or misleading statements in connection with the collection of a debt.

17. Congress enacted the FDCPA to regulate the collection of consumer debts by debt collectors. The express purposes of the FDCPA are to "eliminate abusive debt collection practices by debt collectors, to insure that debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses." 15 U.S.C. § 1692e.

## V.  FACTUAL ALLEGATIONS

18. Defendant Midland and others it retained began in September 2009, constantly and continuously harassing Plaintiff in an attempt to collect an alleged debt.

19. The alleged debt at issue arose out of transactions, which were primarily for personal, family, or household purposes.

4

20.    On or about September 30, 2009, Defendant Midland mailed a letter to Plaintiff that sought payment for a debt allegedly owed to "Midland Funding, LLC" in the amount of $704.45, which Plaintiff disputes is owed.  (*See Plaintiff's Exhibit A*).

21.    Plaintiff never contracted with any company by the name of "Midland Credit Management, Inc." or "Midland Funding, LLC" or agreed to any obligation for a "Midland Credit Management, Inc." or "Midland Funding, LLC".

22.    On or about April 8, 2010, Defendant Midland mailed a second letter to Plaintiff that sought payment for a debt allegedly owed in the amount of $734.30, which Plaintiff disputes is owed.  (*See Plaintiff's Exhibit B*).

23.    On or about April 9, 2010, Plaintiff mailed a letter to Defendant Midland, certified mail, requesting the Defendant to validate the alleged debt.  (*See Plaintiff's Exhibit C*).

24.    Defendant Midland and its employees, harassed Plaintiff by calling her repeatedly at home and at her place of employment, despite Plaintiff notifying Defendant that she was not permitted to accept such calls at work.

25.    Defendant Midland, by and through its employees identified as "Pam" and "Theresa", harassed the Plaintiff by calling her in an attempt to collect the alleged debt.

26.    Plaintiff received phone calls from Defendant Midland on a number of occasions including but not limited to, twice on April 20, 2010 and once on April 27, 2010 from the following phone numbers; (800) 825-8131 and (800) 939-2353.  The undersigned has confirmed that both of these numbers belong to Defendant Midland.

27.    At times, Defendant Midland would contact Plaintiff two (2) to four (4) times a day.

28. Plaintiff told Defendant Midland to stop contacting her; however, Defendant Midland ignored Plaintiff's instructions and continued to contact her.

29. During one discussion "Theresa" threatened to harm Plaintiff's credit report and take legal action if payment was not received. "Theresa" told Plaintiff that she "would always be in debt if [she] didn't pay up".

30. On April 27, 2010, "Pam" told Plaintiff "that if payment was not received her account would be referred for legal action".

31. At no time did Midland provide Plaintiff any notice of her rights, as required under the FDCPA §1692g.

32. Instead, Defendant responded by sending a letter dated May 3, 2010, containing a proposal of resolution of the claim in the amount of $738.50 and a printout of what appeared to be for a credit card. (*See Plaintiff's Exhibit D*).

33. On or about May 11, 2010, Plaintiff mailed a second letter to Defendant Midland, certified mail, requesting Defendant Midland to once again validate the alleged debt, provide her with proof of the alleged debt, proof of the assignment of debt, informing them that she disputes owing this debt and putting them on notice that all telephone communication shall cease and desist indicating they should contact her only by first class mail. (*See Plaintiff's Exhibit E*).

34. In June 2010, Plaintiff started receiving communications from a different debt collector on this account, Defendant Schiff, by means of contact on her home phone.

35. On or about June 9, 2010, Defendant Schiff mailed a letter that sought payment for a debt allegedly owed to "Midland Funding, LLC" in the amount of $685.23, a different amount than had been sought by Midland. The letter is dated June 3, 2010, mailed on June 9, 2010 and not received by Plaintiff until June 10, 2010. (*See Plaintiff's Exhibit F*).

36.     Plaintiff never contracted with any company by the name of "Law Offices of Howard Lee Schiff, PC" or "Midland Funding, LLC".

37.     Plaintiff received phone calls from Defendant Schiff on a number of occasions including but not limited to, Saturday, June 12, 2010, June 15, 2010 and Saturday, June 19, 2010 from the following phone number; (866) 234-7606.  The undersigned has confirmed that this number belongs to Defendant Schiff.

38.     Defendant Schiff has contacted Plaintiff at times and places that were inconvenient to Plaintiff and made known to Schiff as such.

39.     Plaintiff at all times has disputed owing this debt.

40.     Defendant Midland has reported this alleged debt to a credit bureau, not as "disputed" but as "unpaid" and it is listed as such. (*See Plaintiff's Exhibit G*).

41.     Defendant Midland used false, misleading and deceptive means in connection with the collection of an alleged debt, when it sent the Plaintiff letters dated September 30, 2009 and April 8, 2010 and made various telephone calls to her at her place of employment and at home, when it failed to disclose that they were a debt collector and attempting to collect a debt and any information obtained will be used for that purpose.

## VI.     CONSTRUCTION OF APPLICABLE LAW

42.     The Act is a strict liability statute, akin to the FDCPA which states that a consumer need not show intentional conduct by the debt collector to be entitled to damages. Russell v. Equifax A.R.S., 74 F. 3d 30 (2d Cir. 1996); see also Gearing v. Check Brokerage Corp., 233 F.3d 469 (7th Cir. 2000) (holding unintentional misrepresentation of debt collector's legal status violated FDCPA); Clomon v. Jackson, 988 F. 2d 1314 (2d Cir. 1993).

43. The Act is a remedial statute, and therefore must be construed liberally in favor of the debtor as cases have held the FDCPA to be so construed. Sprinkle v. SB&C Ltd., 472 F. Supp. 2d 1235 (W.D. Wash. 2006). The remedial nature of the FDCPA requires that courts interpret it liberally. Clark v. Capital Credit & Collection Services, Inc., 460 F. 3d 1162 (9th Cir. 2006). "Because the FDCPA, like the Truth in Lending Act (TILA) 15 U.S.C § 1601 *et seq.*, is a remedial statute, it should be construed liberally in favor of the consumer." Johnson v. Riddle, 305 F. 3d 1107 (10th Cir. 2002).

44. Being analogous to the FDCPA, but applying to debt collection agencies, the Act should be interpreted in accordance with the "least sophisticated" consumer standard as with the FDCPA. FDCPA case holding such a standard: See Jeter v. Credit Bureau, Inc., 760 F.2d 1168 (11th Cir. 1985); Graziano v. Harrison, 950 F. 2d 107 (3d Cir. 1991); Swanson v. Southern Oregon Credit Service, Inc., 869 F.2d 1222 (9th Cir. 1988). The FDCPA was not "made for the protection of experts, but for the public - that vast multitude which includes the ignorant, the unthinking, and the credulous, and the fact that a false statement may be obviously false to those who are trained and experienced does not change its character, nor take away its power to deceive others less experienced." Id. The least sophisticated consumer standard serves a dual purpose in that it ensures protection of all consumers, even naive and trusting, against deceptive collection practices, and protects collectors against liability for bizarre or idiosyncratic interpretations of collection notices. Clomon, 988 F. 2d at 1318.

1

2

**COUNT I**

**DEFENDANT MIDLAND VIOLATED THE BANKING LAWS OF CONNECTICUT**

3

4

45.     In its attempts to collect the debt allegedly owed by Plaintiff, Defendant Midland violated the Act in one or more of the following ways:

5

6     a.   When it engaged in unfair or deceptive conduct in collection with the collection of a

7          debt, in violation of Chapter 800, §36a-805;

8     b.   When it used false, misleading and deceptive means in connection with the collection

9          of an alleged debt, in violation of Chapter 800, §36a-805;

10     c.   When it solicited claims for collection under an ambiguous or deceptive contact, in

11          violation of Chapter 800, §36a-805(6);

12     d.   When it added any charge or fee to the amount of any claim which it receives for

13          collection, in violation of Chapter 800, §36a-805(13);

14     e.   When it engaged in an unfair or deceptive act or practice, in violation of Chapter 800,

15          §36a-806(a); and

16     f.   Was otherwise deceptive and failed to comply with the provisions of the Act.

17

18

19

**COUNT II**

**DEFENDANTS SCHIFF AND MIDLAND VIOLATED THE FAIR DEBT
COLLECTION PRACTICES ACT**

20

21

22     46.     In its actions to collect a disputed debt, Defendants Schiff and Midland violated the FDCPA in one or more of the following ways:

23

24     a.   When it communicated with the Plaintiff at any unusual; time or place known

25          or which should be known to be inconvenient to the Plaintiff, in violation of

          15 U.S.C. §1692c(a)(1);

9

b.  When it communicated with the Plaintiff at her place of employment and knew or had reason to know that the Plaintiff's employer prohibits the Plaintiff from receiving such communication, in violation of 15 U.S.C. §1692c(a)(3);

c.  Harassing, oppressing or abusing Plaintiff in connection with the collection of a debt, by calling Plaintiff repetitively, in violation of 15 U.S.C.§1692d;

d.  When it caused the Plaintiff's telephone to ring repeatedly or continuously with the intent to harass, annoy or abuse Plaintiff, in violation of 15 U.S.C. §1692d(5);

e.  When it used false, misleading and deceptive means in connection with the collection of an alleged debt, in violation of 15 U.S.C. §1692e;

f.  When it falsely represented the character, amount or legal status of an alleged debt, in violation of 15 U.S.C. §1692e(2);

g.  When it threatened to take any legal action that cannot legally be taken or that is not intended to be taken, in violation of 15 U.S.C. §1692e(5);

h.  When it threatened to communicate Plaintiff's credit information which is known or should be known to be false, including the failure to communicate that a disputed debt is disputed, in violation of 15 U.S.C. §1692e(8);

i.  When it used false, misleading and deceptive means during the initial communication when it failed to disclose that the debt collector is attempting to collect a debt and that any information obtained will be used for that purpose, in violation of 15 U.S.C. §1692e(11);

j.   Using unfair or unconscionable means to collect or attempt to collect any debt, in violation of 15 U.S.C. §1692f;

k.   When it added fees, charges and expenses not expressly authorized by an agreement with Plaintiff, in violation of 15 U.S.C. §1692f(1);

l.   When it failed to validate the debt within 5 days after the communication sent to Plaintiff by sending written notice containing the amount of debt, name of creditor, etc., in violation of 15 U.S.C. §1692g(a) and (b); and

m.   By acting in an otherwise deceptive, unfair and unconscionable manner and failing to comply with the FDCPA.

## VII.   PRAYER FOR RELIEF

WHEREFORE, Plaintiff, SHELLY ANDREWS, by and through her attorney, respectfully pray for judgment as follows:

a.   All actual compensatory damages suffered pursuant to Chapter 800, §36a-800 et seq. and 15 U.S.C. §692k(a)(1);

b.   Statutory damages of $1,000.00 pursuant to Chapter 800, §36a-800 et seq. and the FDCPA pursuant to the 15 U.S.C. § 1692k(a)(2)(A);

c.   All reasonable attorneys' fees, witness fees, court costs and other litigation costs incurred by Plaintiff pursuant to Chapter 800, §36a-800 et seq. and to the 15 U.S.C. § 1693k(a)(3); and

d.   Any other relief deemed appropriate by this Honorable Court.

Respectfully submitted,

The Plaintiff,
SHELLY ANDREWS,
By her attorney,

 /s/ Angela K. Troccoli
Angela K. Troccoli, Esquire, #429578
Kimmel & Silverman, P.C.
*The New England Office*
60 Hartford Pike, P.O. Box 325
Dayville, CT 06241
(860) 866-4380

Dated: November 12, 2010

**PLAINTIFF'S EXHIBIT A**

**MIUIII** PO Box 605
Oaks, PA 19456

## *Settlement Opportunity*

Contact Information: Tel (800) 825-8131

09-30-2009

| | |
|---|---|
| Hours of Operation: | Sat-Th 5am - 2pm PST; |
| Current Owner: | Midland Funding LLC |
| Original Creditor: | TRIBUTE |
| | MASTERCARD |

23e5-8003

#BWNHLTH
#0000 0853 2003 7170#
SHELLY R ANDREWS
245 HILLIARD ST
MANCHESTER, CT 06042-3050

| | |
|---|---|
| MCM Account No.: | 8532003717 |
| Current Balance: | $704.45 |
| Payment Due Date: | 11-14-2009 |

Dear SHELLY R ANDREWS,

Welcome! We have a great offer for our new customers.

Midland Funding LLC recently purchased your TRIBUTE MASTERCARD account and Midland Credit Management, Inc. ("MCM"), a debt collection company, is the servicer of this obligation. As the new servicer of this account, we would like to find a positive resolution to your account.

Midland Credit Management, Inc. (MCM) is currently able to offer you a discount of *40% off* your Current Balance *if we receive payment by 11-14-2009.*

What's In It For You? Once MCM receives your payment of $422.67, we will:
• Notify the credit bureaus that the debt is "Paid in Full". *
• Immediately stop all recovery activity on this account.

To accept this offer, simply detach the Acceptance Certificate below and enclose it with your $422.67 payment in the envelope provided. *Please mail your payment no later than 11-07-2009* in order to receive credit for the 40% off discount by the expiration date 11-14-2009.

If you prefer to speak with one of our Account Managers, please contact us at (800) 825-8131.

**NOTICE: PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

Midland Credit Management, Inc.
(800) 825-8131

*Please tear off and return lower portion with payment in envelope provided .*

## *Acceptance Certificate*

SHELLY R ANDREWS
245 HILLIARD ST
MANCHESTER, CT 06042-3050

| | |
|---|---|
| MCM Account Number: | 8532003717 |
| Current Balance: | $704.45 |
| Amount Due: | $422.67 |
| Make Check Payable to: | Midland Credit Management, Inc. |

**mcm**
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060-0578

**Payment Due Date:** 11-14-2009

12 8532003717 0 0042267 111409 9

6003

LT1A

**PLAINTIFF'S EXHIBIT B**

Dept. 12421
PO Box 603
Oaks, PA 19456

**▌▌▌▌▌ ▌ Management, Inc.**

| MCM Account Number | |
|---|---|
| | 8532003717 |
| Original Creditor | |
| | BANKFIRST |
| CURRENT BALANCE | |
| | $734.30 |
| | 05-08-2010 |

04-08-2010

16321 - 205

#BWNHLTH
#0000 0853 2003 7170#
SHELLY R ANDREWS
245 HILLIARD ST
MANCHESTER, CT 06042-3050

---

## PRE-LEGAL NOTIFICATION

Dear SHELLY ANDREWS,

Midland Credit Management, Inc. has made several attempts to contact you regarding this account. This letter is to inform you that we are considering forwarding this account to an attorney with the intent to initiate legal action to satisfy the debt. Upon receipt of this notice, please call immediately to discuss your options.

If we don't hear from you or receive payment by 05-08-2010, we may proceed with forwarding this account to an attorney.

### What do you need to do to stop this process from continuing?

1) Mail in $250 and call to set up your remaining payments, or
2) Call us today to see how to qualify for discounts and affordable payment plans.

**LET US HELP YOU!** Once the account goes to an attorney, our flexible options may no longer be available to you. There is still an opportunity to make arrangements with us. We encourage you to call us today:
**(800) 939-2353**

Midland Credit Management
(800) 939-2353

PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION AND ADDITIONAL DETAILS ABOUT YOUR ACCOUNT.

* Your credit report will not be updated if the federal reporting period has expired.

### WHY NOW?

- This may be your last chance to work with us before the account goes to an attorney.

- Your credit report will be updated with the payments made!*

- Once you make all of your agreed-upon payment(s) to settle your account, your credit report will be updated as 'Paid in Full'!*

**CALL US TODAY!**
**(800) 939-2353**

Hours of Operation:
M-Th 6am - 7pm;
Fri 6am - 5pm;
Sat 6am - 2:30pm PST

*Please tear off and return lower portion with payment in the envelope provided*

**PLAINTIFF'S EXHIBIT C**

April 9, 2010

Shelly Andrews
245 Hilliard Street
Manchester, CT 06042
Account #: 8592003717

Midland Credit Management
8875 Aero Drive
San Diego, CA 92123

Dear Debt Collector:

I recently pulled my credit report, and found your company on my credit reports. I am not familiar with this debt. Therefore I am requesting that you please validate and verify the alleged debt in accordance to the FDCPA.

Please note this is not a refusal to pay, if I own the debt. I am not aware of this debt, and I am asking for validation.

Sincerely,

Shelly Andrews

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

7007 2660 0002 2345 4877

| | | |
|---|---|---|
| Postage | $ | $0.44 | 0140 |
| Certified Fee | | $2.80 | |
| Return Receipt Fee (Endorsement Required) | | $2.30 | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.54 | 04/16/2010 |

Sent To _Midland Credit Management_
Street, Apt. No.; or PO Box No. _8875 Aero Drive_
City, State, ZIP+4 _SAN Diego, CA 92123_

PS Form 3800, August 2006                    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

_Midland Credit Management_
_8875 Aero Drive_
_San Diego, CA 92123_

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _/V_    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

APR 12 2010

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)      7007 2660 0002 2345 4877

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4 in this box *

_Shelly Andrews_
_345 Hilliard St._
_Manchester CT 06042_

50

# PLAINTIFF'S EXHIBIT D



P.O. BOX 939019
SAN DIEGO, CA 92193-9019

05/03/2010

SHELLY R ANDREWS
245 HILLIARD ST
MANCHESTER, CT 06042

RE: BANKFIRST
MCM Account No.: 8532003717
Current Balance: $738.50

Dear SHELLY R ANDREWS

Per your request, enclosed are documents for the above-referenced account.

Midland Credit Management Inc. is requesting an immediate payment of balance in full. Upon receipt of the payment and payment clearing the bank, we will report a "paid" status on your credit report for the above-referenced account.*

Please call us upon receipt of this letter at 800-825-8131 ext. 32980 so that we may discuss this matter further.

Please understand that this communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

Sincerely,

Consumer Relations

Enclosures

*Your credit report will not be updated if the federal reporting period has expired.

QCMC

# TRANSACTION HISTORY

**SHELLY R ANDREWS**

**BANKFIRST**
**ACTION CARD**

**ACCT# 5218783010117826**

| DATE | DESCRIPTION | REFERENCE | SIC | LOCATION | AMOUNT |
|------|-------------|-----------|-----|----------|--------|
| MAR 14, 2005 | Act Defense 800-839-6641 | F41410029000EG73B | 6012 | | $5.95 |
| MAR 14, 2005 | Sign Drive 800-839-6641 | F41410029000EJ319 | 6012 | | $9.95 |
| MAR 28, 2005 | PAYMENT THANK YOU | 85256182P00XTMKLT | 6010 | SIOUX FALLS, SD | -$26.00 |
| MAR 28, 2005 | ACTION MEMBERSHIP | F4141002P000MO131 | 6012 | | $5.95 |
| APR 12, 2005 | Act Defense 800-839-6641 | F41410036000EG757 | 6012 | | $5.95 |
| APR 25, 2005 | PAYMENT THANK YOU | 85256183K00XTMJJQ | 6010 | SIOUX FALLS, SD | -$26.00 |
| APR 28, 2005 | ACTION MEMBERSHIP | F4141003N000MO769 | 6012 | | $5.95 |
| MAY 30, 2005 | ACTION MEMBERSHIP | F4141004N000MO713 | 6012 | | $5.95 |
| MAY 31, 2005 | PAYMENT THANK YOU | B5256184P00XTML6W | 6010 | SIOUX FALLS, SD | -$26.00 |
| MAY 12, 2005 | Act Defense 800-839-6641 | F41410044000EG170 | 6012 | | $5.95 |
| JUN 28, 2005 | ACTION MEMBERSHIP | F4141005K000MO641 | 6012 | | $5.95 |
| JUL 06, 2005 | PAYMENT THANK YOU | 85256185V00XTMNY6 | 6010 | SIOUX FALLS, SD | -$26.00 |
| JUL 28, 2005 | ACTION MEMBERSHIP | F4141006H000MO567 | 6012 | | $5.95 |
| AUG 03, 2005 | PAYMENT THANK YOU | 85256186P00XTMNQW | 6010 | SIOUX FALLS, SD | -$26.00 |
| AUG 29, 2005 | ACTION MEMBERSHIP | F4141007H000MO649 | 6012 | | $5.95 |
| SEP 07, 2005 | PAYMENT THANK YOU | 85256187S00XTMN25 | 6010 | SIOUX FALLS, SD | -$25.00 |
| SEP 28, 2005 | ACTION MEMBERSHIP | F4141008F000MO505 | 6012 | | $5.95 |
| OCT 05, 2005 | PAYMENT THANK YOU | 85256188N00XTMLMR | 6010 | SIOUX FALLS, SD | -$25.00 |
| NOV 07, 2005 | PAYMENT THANK YOU | 85256189P00XTML37 | 6010 | SIOUX FALLS, SD | -$25.00 |
| OCT 28, 2005 | ACTION MEMBERSHIP | F4141009D000MO118 | 6012 | | $5.95 |
| NOV 28, 2005 | ACTION MEMBERSHIP | F414100AC000MO787 | 6012 | | $5.95 |
| DEC 06, 2005 | PAYMENT THANK YOU | 8525618AL00XTMM28 | 6010 | SIOUX FALLS, SD | -$24.00 |
| JAN 03, 2006 | PAYMENT THANK YOU | 8525618QK00XTMM2X | 6010 | SIOUX FALLS, SD | -$24.00 |
| DEC 28, 2005 | ACTION MEMBERSHIP | F414100BA000MO506 | 6012 | | $5.95 |
| JAN 30, 2006 | ACTION MEMBERSHIP | F414100DE000MO695 | 6012 | | $5.95 |
| JAN 23, 2006 | PLAZA SPIRIT SHOP | 5542135DBNP9VZE4P | 5921 | MANCHESTER, CT | $15.32 |
| JAN 22, 2006 | ADAMS STREET GASOLINE | 8543290D7WGNB5E78 | 5541 | MANCHESTER, CT | $20.00 |
| JAN 31, 2006 | PAYMENT THANK YOU | 8525618DF00XTML3K | 6010 | SIOUX FALLS, SD | -$24.00 |
| FEB 24, 2006 | PAYMENT THANK YOU | 8525618E700XTMMNE | 6010 | SIOUX FALLS, SD | -$25.00 |
| FEB 28, 2006 | ACTION MEMBERSHIP | F414100EB000MO037 | 6012 | | $5.95 |
| MAR 13, 2006 | Sign Drive 800-839-6641 | F414100ER000EJ801 | 6012 | | $9.95 |
| MAR 28, 2006 | ACTION MEMBERSHIP | F414100F7000MO613 | 6012 | | $5.95 |
| APR 11, 2006 | PAYMENT THANK YOU | 8525618FM00XTMK5J | 6010 | SIOUX FALLS, SD | -$25.00 |
| APR 28, 2006 | PAYMENT THANK YOU | 8525618G600XTMMM0 | 6010 | SIOUX FALLS, SD | -$26.00 |

# TRANSACTION HISTORY

SHELLY R ANDREWS                          BANKFIRST                    ACCT# 5218783010117826
                                          ACTION CARD

| DATE | DESCRIPTION | REFERENCE | SIC | LOCATION | AMOUNT |
|------|-------------|-----------|-----|----------|--------|
| APR 28, 2006 | ACTION MEMBERSHIP | F414100G6000M0356 | 6012 | | $5.95 |
| MAY 29, 2006 | ACTION MEMBERSHIP | F414100H5000M0476 | 6012 | | $5.95 |
| JUN 06, 2006 | PAYMENT THANK YOU | B525618HD00XTML4V | 6010 | SIOUX FALLS, SD | -$26.00 |
| JUN 28, 2006 | GETTY 06876001 | 5550040J47AVGLLLF | 5541 | MANCHESTER, CT | $6.97 |
| JUN 28, 2006 | ACTION MEMBERSHIP | F414100J3000M0609 | 6012 | | $5.95 |
| JUL 05, 2006 | PAYMENT THANK YOU | 8525618JA00XTMLB6 | 6010 | SIOUX FALLS, SD | -$25.00 |
| JUL 28, 2006 | ACTION MEMBERSHIP | F414100K1000M089B | 6012 | | $5.95 |
| AUG 07, 2006 | PAYMENT THANK YOU | B525618KB00XTMLP1 | 6010 | SIOUX FALLS, SD | -$25.00 |
| AUG 28, 2006 | ACTION MEMBERSHIP | F414100L0000M0199 | 6012 | | $5.95 |
| SEP 02, 2006 | SHELL OIL 20638760924 | 5543286L600QA9HAG | 5541 | MANCHESTER, CT | $22.00 |
| SEP 05, 2006 | PAYMENT THANK YOU | 8525618LB00XTMNQB | 6010 | SIOUX FALLS, SD | -$25.00 |
| OCT 02, 2006 | PAYMENT THANK YOU | 8525618M300XTMNHV | 6010 | SIOUX FALLS, SD | -$26.00 |
| SEP 28, 2006 | ACTION MEMBERSHIP | F414100LZ000M0415 | 6012 | | $5.95 |
| NOV 03, 2006 | PAYMENT THANK YOU | 8525618N300XTMPMF | 6010 | SIOUX FALLS, SD | -$26.00 |
| OCT 30, 2006 | ACTION MEMBERSHIP | F414100MZ000M0358 | 6012 | | $5.95 |
| NOV 15, 2006 | PLAZA SPIRIT SHOP | 5542135NG4KALTJ86 | 5921 | MANCHESTER, CT | $22.24 |
| NOV 28, 2006 | ACTION MEMBERSHIP | F414100NW000M0B54 | 6012 | | $5.95 |
| DEC 05, 2006 | PAYMENT THANK YOU | B525618P300XTMKJA | 6010 | SIOUX FALLS, SD | -$25.00 |
| DEC 28, 2006 | ACTION MEMBERSHIP | F414100PU000M0475 | 6012 | | $5.95 |
| DEC 26, 2006 | THE BODY SHOP #36 | 5554186PT03S886Z7 | 5977 | MANCHESTER, CT | $6.36 |
| JAN 03, 2007 | PAYMENT THANK YOU | 8525618030OXTMNT8 | 6010 | SIOUX FALLS, SD | -$26.00 |
| JAN 18, 2007 | PARKADE HEALTH SHOPPE | 55417340K3FY5E04N | 5411 | MANCHESTER, CT | $7.96 |
| JAN 29, 2007 | ACTION MEMBERSHIP | F414100QX000M01B2 | 6012 | | $5.95 |
| FEB 02, 2007 | PAYMENT THANK YOU | B525618110OXTMP8B | 6010 | SIOUX FALLS, SD | -$26.00 |
| MAR 05, 2007 | PAYMENT THANK YOU | 8525618200OXTMPD7 | 6010 | SIOUX FALLS, SD | -$26.00 |
| MAR 02, 2007 | ACTION MEMBERSHIP | F414100lX000M0645 | 6012 | | $5.95 |
| MAR 14, 2007 | Sign Drive 800-839-6641 | F414100290OOEJ999 | 6012 | | $9.95 |
| MAR 28, 2007 | ACTION MEMBERSHIP | F414100ZP000M0610 | 6012 | | $5.95 |
| APR 14, 2007 | IRVING STATION | 5546029397H9WV6WS | 5541 | MANCHESTER, CT | $15.00 |
| APR 30, 2007 | ACTION MEMBERSHIP | F414100ZR000M0202 | 6012 | | $5.95 |
| MAY 01, 2007 | PAYMENT THANK YOU | 8525618300XTMLS9 | 6010 | SIOUX FALLS, SD | -$26.00 |
| MAY 28, 2007 | ACTION MEMBERSHIP | F414100ZL000M0841 | 6012 | | $5.95 |
| MAY 31, 2007 | PAYMENT THANK YOU | 85256184P00XTML12 | 6010 | SIOUX FALLS, SD | -$26.00 |
| JUN 28, 2007 | ACTION MEMBERSHIP | F414100ZK000M0329 | 6012 | | $5.95 |

# TRANSACTION HISTORY

**SHELLY R ANDREWS**

**BANKFIRST**
**ACTION CARD**

| DATE | DESCRIPTION | REFERENCE | SIC | LOCATION | AMOUNT |
|------|-------------|-----------|-----|----------|--------|
| JUL 02, 2007 | PAYMENT THANK YOU | 85256185P00XTMK5V | 6010 | SIOUX FALLS, SD | -$26.00 |
| JUL 09, 2007 | 4 P'S SERVICE CTRS Q39 | 55541865Z03SKMYNN | 5541 | MANCHESTER, CT | $25.38 |
| JUL 30, 2007 | ACTION MEMBERSHIP | F4141006K000MOB73 | 6012 | | $5.95 |
| AUG 01, 2007 | PAYMENT THANK YOU | 852561B6M00XTMM64 | 6010 | SIOUX FALLS, SD | -$30.00 |
| AUG 28, 2007 | ACTION MEMBERSHIP | F4141007G000MO635 | 6012 | | $5.95 |
| SEP 04, 2007 | PAYMENT THANK YOU | 85256187P00XTMMXV | 6010 | SIOUX FALLS, SD | -$50.00 |
| SEP 28, 2007 | ACTION MEMBERSHIP | F4141008F000MO108 | 6012 | | $5.95 |
| OCT 01, 2007 | PAYMENT THANK YOU | 85256188J00XTMMG1 | 6010 | SIOUX FALLS, SD | -$51.00 |
| OCT 29, 2007 | ACTION MEMBERSHIP | F4141009E000MO931 | 6012 | | $5.95 |
| NOV 01, 2007 | PAYMENT THANK YOU | 852561B9H00XTMNY9 | 6010 | SIOUX FALLS, SD | -$50.00 |
| NOV 28, 2007 | ACTION MEMBERSHIP | F414100AC000MO074 | 6012 | | $5.95 |
| DEC 03, 2007 | PAYMENT THANK YOU | 852561BAH00XTMN8Y | 6010 | SIOUX FALLS, SD | -$50.00 |
| DEC 28, 2007 | ACTION MEMBERSHIP | F414100BA000MO639 | 6012 | | $5.95 |
| DEC 31, 2007 | PAYMENT THANK YOU | 852561B8D00XTMJSY | 6010 | SIOUX FALLS, SD | -$51.00 |
| JAN 28, 2008 | ACTION MEMBERSHIP | F414100DC000MO654 | 6012 | | $5.95 |
| FEB 04, 2008 | PAYMENT THANK YOU | 852561BDK00XTMJT3 | 6010 | SIOUX FALLS, SD | -$27.00 |
| FEB 28, 2008 | ACTION MEMBERSHIP | F414100EB000MO949 | 6012 | | $5.95 |
| MAR 03, 2008 | PAYMENT THANK YOU | 852561BEF00XTMN0D | 6010 | SIOUX FALLS, SD | -$74.00 |
| MAR 28, 2008 | ACTION MEMBERSHIP | F414100F8000MO846 | 6012 | | $5.95 |
| MAR 31, 2008 | PAYMENT THANK YOU | 852561BF800XTMPAV | 6010 | SIOUX FALLS, SD | -$50.00 |
| APR 01, 2008 | Sign Drive 800-839-6641 | F414100FC000EJ304 | 6012 | | $9.95 |
| APR 28, 2008 | ACTION MEMBERSHIP | F414100G7000MO219 | 6012 | | $5.95 |
| MAY 02, 2008 | PAYMENT THANK YOU | 852561BGB00XTMKXJ | 6010 | SIOUX FALLS, SD | -$59.00 |
| MAY 28, 2008 | ACTION MEMBERSHIP | F414100H5000MO832 | 6012 | | $5.95 |
| JUN 02, 2008 | PAYMENT THANK YOU | 852561BHA00XTMPZJ | 6010 | SIOUX FALLS, SD | -$48.00 |
| JUN 30, 2008 | ACTION MEMBERSHIP | F414100J6000MO637 | 6012 | | $5.95 |
| JUL 02, 2008 | PAYMENT THANK YOU | 852561BJ800XTMNYX | 6010 | SIOUX FALLS, SD | -$49.00 |
| JUL 28, 2008 | ACTION MEMBERSHIP | F414100K2000MO854 | 6012 | | $5.95 |
| JUL 31, 2008 | PAYMENT THANK YOU | 852561BK500XTMKY3 | 6010 | SIOUX FALLS, SD | -$49.00 |
| AUG 28, 2008 | ACTION MEMBERSHIP | F414100L1000MO762 | 6012 | | $5.95 |
| SEP 02, 2008 | PAYMENT THANK YOU | 852561BL600XTMKTR | 6010 | SIOUX FALLS, SD | -$49.00 |
| SEP 29, 2008 | ACTION MEMBERSHIP | F414100M1000MO357 | 6012 | | $5.95 |
| OCT 02, 2008 | PAYMENT THANK YOU | 852561BM400XTMMMK | 6010 | SIOUX FALLS, SD | -$27.00 |
| OCT 28, 2008 | ACTION MEMBERSHIP | F414100MY000MO872 | 6012 | | $5.95 |

# TRANSACTION HISTORY

**SHELLY R ANDREWS**

**BANKFIRST
ACTION CARD**

**ACCT# 5218783010117826**

| DATE | DESCRIPTION | REFERENCE | SIC | LOCATION | AMOUNT |
|------|-------------|-----------|-----|----------|--------|
| NOV 28, 2008 | ACTION MEMBERSHIP | F414100NX000M0113 | 6012 | | $5.95 |
| JAN 28, 2009 | ACTION MEMBERSHIP | F41410B0W000MC970 | 6012 | | $5.95 |
| JAN 29, 2009 | MISCELLANEOUS CREDIT | F41410B0X000NA029 | 6012 | | -$45.15 |
| FEB 25, 2009 | MISCELLANEOUS CREDIT | F41410B1R000NA623 | 6012 | | -$208.60 |
| MAR 30, 2009 | MISCELLANEOUS CREDIT | F41410B2T000NA729 | 6012 | | -$92.74 |

Equifax FACT Act



**mcm**
l credit management



UNITED STATES POSTAGE
PITNEY BOWES
02 1P        $ 000.44⁰
0003062765   MAY 05 2010
MAILED FROM ZIP CODE 92123

ervice Requested

SHELLY R ANDREWS
245 HILLIARD ST
MANCHESTER, CT 06042

RE: BANKFIRST

06042+3050

**PLAINTIFF'S EXHIBIT E**

May 11, 2010

Shelly Andrews
245 Hilliard Street
Manchester, CT 06042
Account Number: 8592003717

Midland Credit MGMT Inc.
8875 Aero Drive, Suite 200
San Diego, CA 92123

Dear Midland Debt Collector:

I am responding to your validation I received on May 8th 2010. I dispute the alleged debt. The amounts on this account history sent by you, does not add up to the amount of the alleged debt. I need more information from you regarding the alleged debt.

Can you please provide me with:

- Please explain and show me how you calculated what you say I owe. (The sheet you sent me, does not add up)
- Please provide me with copies of any papers that show I agreed to pay what you say I owe.
- Please provide me with your license numbers and Registered Agent.
- Proof that your collection company owns the alleged debt/or has been assigned the debt (That they are legally entitled to collect this particular debt from me). This would be a basic contract law.

I ask you to please validate the request above. I also request that you not call me. All communication will be via-mail only. Your company has violated my rights under the FDCPA several times already trying to collect from this alleged debt.

1. On 04/27/10 at 6:42 PM your company's agent Pam called and threaten me. She/Your Company called me before you validated my request. Which I received your validation on May 8, 2010, The FDCPA request all collection activity must cease, until I receive that validation from you. And your Company received my original request for validation on April 12, 2010.
2. Your Company's return address must be discreet. Your Company has sent me demand collection letters identifying who you are in the return address area. Your entire Company's name is displayed for my county's post office and whoever to see it.

I hope you can solve this matter.

Sincerely,

Shelly Andrews

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Midland Credit Mgmt Inc
8875 Aero Drive
Suite 200
San Diego, CA 92123

2. Article Number
(Transfer from service label)

7009 3410 0002 1092 4596

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

MAY 14 2010

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Shelly Andrews
245 Hilliard St.
Manchester, CT 06042

**PLAINTIFF'S EXHIBIT F**

LAW OFFICES

# HOWARD LEE SCHIFF, P.C.

510 Tolland Street   POB 280245 East Hartford, Connecticut 06108
Telephone (860) 528-9991            Facsimile (860) 528-7602

EAST HARTFORD, CONNECTICUT
PORTLAND, MAINE
WORCESTER, MASSACHUSETTS
NASHUA, NEW HAMPSHIRE
PROVIDENCE, RHODE ISLAND
BRATTLEBORO, VERMONT

Howard Lee Schiff 1933-2007

CODE: A2 U15659
SHELLY ANDREWS
245 HILLIARD ST
MANCHESTER CT        06042

June 3, 2010

CURRENT OWNER: MIDLAND FUNDING LLC
DEBTOR: SHELLY ANDREWS
CURRENT BALANCE DUE:    $685.23              CN-U15659
ORIGINAL CREDITOR: BANKFIRST
ORIGINAL CREDITOR ACCOUNT NUMBER: 5218783010117826

THIS IS AN ATTEMPT TO COLLECT A DEBT.   ANY FURTHER INFORMATION
OBTAINED WILL BE USED FOR THAT PURPOSE.   THIS COMMUNICATION IS
FROM A DEBT COLLECTOR.

This office represents MIDLAND FUNDING LLC.
We suggest that you send us a check or money order for the balance
due, payable to "Law Offices Howard Lee Schiff, P.C." unless you
intend to exercise your rights as stated in the Validation Notice
below. All questions and payments should be directed to this firm.
Our telephone is (866) 234-7606. Please reference CN No. U15659 in
any correspondence with our office.   You may also make payments by
phone at (866) 214-9942 or on our website WWW.PAYSCHIFF.COM. When
you choose to make a payment with your bank account via the IVR
system and you enter your CN Number when prompted, you are
authorizing Law Offices Howard Lee Schiff, P.C. to debit your bank
account via ACH in the amount authorized towards payment of debt
owed.

### VALIDATION NOTICE

If you do not dispute the validity of the debt, or any portion
thereof, within 30 days of the receipt of this letter, the debt
collector will assume it is valid. If you dispute the validity of
this debt or any portion thereof in writing within 30 days of
receipt of this letter, we will obtain and mail you verification
of the debt or a copy of a judgment against you. At your request
in writing within 30 days of receipt of this letter, we will
provide you with the name and address of the original creditor, if
different from the current creditor.

Respectfully,

A2

THIS COMMUNICATION IS FROM A DEBT COLLECTOR



LAW OFFICES
POST OFFICE BOX 280245
EAST HARTFORD, CT 06128-0245

ADDRESS SERVICE REQUESTED

06-09-10

PRESORTED
FIRST CLASS

US POSTAGE
$00.357

**PLAINTIFF'S EXHIBIT G**

PO Box 3110
Fullerton , CA 92834-9950
RETURN SERVICE REQUESTED

May 21, 2010

P132DD00301484 I002987

SHELLY ANDREWS
245 hilliard st
MANCHESTER, CT  06042

User ID: 105557245

Customer Service:

Phone: 1-800-595-5760
Hours: Monday - Thursday 8am - 12am ET
      Friday - Sunday 8am - 8pm ET

Dear SHELLY ANDREWS,

As a benefit of your TransUnion Credit Monitoring membership, you are being notified that on May 21, 2010 the following change(s) appeared in your credit file:

**AccountInformation**
An Account Information has appeared on your credit report. Here are the details:

Phone number: -
Credit Reporting Agency: Equifax

**AccountInformation**
An Account Information has appeared on your credit report. Here are the details:
Date opened: 2009-09-01
Account number: 853260****
Creditor's name: MIDLAND CREDIT MANAGEMENT
Industry type:
Address:     8875 Aero Dr Ste 200
            San Diego, CA 921232255
Phone number: -
Credit Reporting Agency: Equifax

132DD_003 I201484·I002987 001/0X

## Other Accounts

These are all accounts that do not fall into the other categories and can include 30-day accounts such as American Express.

### Closed Accounts

| Account Name | Account Number | Date Opened | Balance | Date Reported | Past Due | Account Status | Credit Limit |
|---|---|---|---|---|---|---|---|
| MIDLAND CREDIT MANAG | N/A | 09/2009 | $736 | 04/2010 | $736 | | |

| | | | |
|---|---|---|---|
| Account Number: | XXXX | Current Status: | |
| Account Owner: | Individual Account | High Credit: | $685 |
| Type of Account : | Open | Credit Limit: | |
| Term Duration: | | Terms Frequency: | |
| Date Opened: | 09/2009 | Balance: | $736 |
| Date Reported: | 04/2010 | Amount Past Due: | $736 |
| Date of Last Payment: | | Actual Payment Amount: | |
| Scheduled Payment Amount: | | Date of Last Activity: | N/A |
| Date Major Delinquency First Reported: | 11/2009 | Months Reviewed: | 5 |
| Creditor Classification: | | Activity Description: | N/A |
| Charge Off Amount: | | Deferred Payment Start Date: | |
| Balloon Payment Amount: | | Balloon Payment Date: | |
| Date Closed: | | Type of Loan: | Factoring Company Account (debt buyer) |
| Date of First Delinquency: | 11/2008 | | |
| Comments: | Collection account | | |

81-Month Payment History

No 81-Month Payment Data available for display.

⬆ Back to Top

## Payment History Key

| Meaning | Symbol | Meaning | Symbol |
|---|---|---|---|
| Pays or Paid as Agreed: | * | 180+ Days Past Due: | 180 |
| 30-59 Days Past Due: | 30 | Collection Account: | CA |
| 60-89 Days Past Due: | 60 | Foreclosure: | F |
| 90-119 Days Past Due: | 90 | Voluntary Surrender: | VS |
| 120-149 Days Past Due: | 120 | Repossession: | R |
| 150-179 Days Past Due: | 150 | Charge Off: | CO |

## Inquiries

A request for your credit history is called an inquiry. Inquiries remain on your credit report for two